# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-1251

_____

KADEEM THOMAS,

　　Petitioner,

　　v.

STATE OF FLORIDA,

　　Respondent.

_____

Petition for Writ of Certiorari—Original Proceedings.


July 17, 2026


PER CURIAM.

　　DISMISSED.

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

　　***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Laurel Cornell Niles of Laurel Cornell Niles, PLLC, Tallahassee, for Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.